LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY
BY: Edward T. Finch, Esquire
Identification No. 83692
510 Walnut Street, Suite 1000
Philadelphia, PA 19106
(215) 627-0303

| | |
|---|---|
| DONALD and DORIS HOOD, h/w | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| V. | MARCH TERM, 2002 |
| ALLIED CORPORATION, ET AL. | NO. 3470 |

## PRAECIPE TO FILE NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Kindly file the attached Notice of Removal in the above-captioned matter.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY: _____
Edward T. Finch, Esquire
Attorney for Defendants,
DaimlerChrysler Corporation and,
Ford Motor Company



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD and DORIS HOOD, h/w

CASE NO. 02cv2940

V.

DAIMLERCHRYSLER CORPORATION
FORD MOTOR COMPANY
FEDERAL-MOGUL GLOBAL, INC.

FILED   MAY 16 2002

## NOTICE OF REMOVAL

Defendants DaimlerChrysler Corporation and Ford Motor Company (the "automobile manufacturers") hereby give notice of the removal to the United States District Court for the Eastern District of Pennsylvania of the claims which have been asserted against them in the action captioned Donald and Doris Hood, h/w v. Allied Corporation, et al. now pending in the Court of Common Pleas of Philadelphia County, at No. 0203-3470. This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a), and as grounds for removal the automobile manufacturers state the following:

1. The action of which the removed claims are a part was commenced in the Court of Common Pleas of Philadelphia County.

2. The removed claims are those for personal injury or wrongful death asserted against the automobile manufacturers on the basis of alleged exposure to certain of their asbestos-containing products, including brakes and other automotive parts, manufactured for the automobile manufacturers by Federal-Mogul Global, Inc., or companies that it purchased, one or more of which is a co-defendant of the automobile manufacturers.

3.  On October 1, 2001 Federal-Mogul Global, Inc. filed a voluntary petition for protection under Chapter 11 of the United States Bankruptcy Code, commencing bankruptcy case number 01-10578 (the "Federal-Mogul Bankruptcy Case") currently pending in the United States Bankruptcy Court for the District of Delaware.

4.  The removed claims may be removed to this Court pursuant to 28 U.S.C. § 1452(a): (i) the removed claims are asserted in a civil action not exempt from removal; and (ii) the Court has jurisdiction of the removed claims under 28 U.S.C. § 1334. All claims asserted against the Removing Defendants are related to the Federal-Mogul Bankruptcy Case, and the continued prosecution, outcome at trial or other resolution of the claims will have an effect on the administration of the Federal-Mogul Bankruptcy Case.

5.  Removal to this Court is timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(3) in that the Federal-Mogul Bankruptcy Case was pending when the removed claims were asserted on or after October 1, 2001 and in that this notice has been filed within 30 days of receipt by one or all of the automobile manufacturers of a copy of the initial pleading setting forth the removed claims.

6.  Upon removal, the proceedings with respect to the removed claims are non-core. The automobile manufacturers do not consent to entry of a final order or judgment by the bankruptcy judge to the extent the bankruptcy court is authorized to hear or determine such claims consistent with 28 U.S.C. § 157(b)(5).

7.  The purpose of removal is to facilitate transfer of the removed claims to the United States District Court for the District of Delaware, the district court presiding over the Federal-Mogul Bankruptcy Case, to resolve on a consolidated basis the common threshold scientific issues

concerning whether brakes and other automotive parts cause disease. *See, e.g., In re Dow Corning Corp.*, 1995 W.L. 495978, at *2 (Bankr. E.D. Mich. Aug. 9, 1995) (personal injury tort claims transferred to bankruptcy court pursuant to 28 U.S.C. § 157(b)(5) to resolve threshold scientific issues concerning whether silicone breast implants caused disease after removal to federal court pursuant to 28 U.S.C. § 1452(a)).

8. On November 20, 2001, the automobile manufacturers filed in the Federal-Mogul Bankruptcy Case a motion pursuant to 28 U.S.C. § 157(b)(5) to transfer this and all other claims related to brakes and automotive parts for consolidated resolution of the threshold scientific issues concerning whether brakes and other automotive parts cause disease.

9. On December 10, 2001 the Honorable Alfred M. Wolin issued the attached Order provisionally transferring pursuant to 28 U.S.C. § 157(b)(5) the claims asserted against the automobile manufacturers to the United States District Court for the District of Delaware.

10. On January 3, 2002, Judge Wolin issued a letter opinion and order reiterating that all asbestos friction claims against the automobile manufacturers pending in federal courts as of December 10 had been transferred, and ordering any claims removed after December 10 transferred as well. A copy of the Order and Opinion are attached to this Notice.

11. On February 8, 2002, the Honorable Alfred M. Wolin denied the "Motions to Transfer the 'Friction Claims'" and simultaneously remanded the friction products claims. Attached hereto is a copy of said Order.

12. However, on February 11, 2002, the United States Court of Appeals for the Third Circuit granted a Temporary Stay of Judge Wolin's February 8, 2002 Court Order so that the matter could be considered by a three-judge panel of that court. Attached hereto is a copy of said Order.

13. The Removing Defendants file this Notice of Removal to adequately protect the interests of Removing Defendants and to facilitate transfer of these claims to the United States District Court for the District of Delaware pursuant to Judge Wolin's provisional transfer order.

14. The automobile manufacturers will comply with 28 U.S.C. § 1446(d) by promptly giving notice of the filing of this Notice of Removal to all adverse parties to the action pending in the state court and filing a copy of this Notice of Removal with the prothonotary of the Court of Common Pleas of Philadelphia County.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI,
FINARELLI & GRAY

BY: *Edward T. Finch*
Edward T. Finch, Esquire
Attorney for Defendants,
DaimlerChrysler Corporation and
Ford Motor Company

## CERTIFICATE OF SERVICE

I, Edward T. Finch, Esquire, hereby certify that pursuant to 28 U.S.C. § 1446(d) written notice of the removal of this action will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Court of Common Pleas.

*Edward T. Finch*
Edward T. Finch, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

DONALD and DORIS HOOD, h/w

CASE NO.

V.

DAIMLERCHRYSLER CORPORATION
FORD MOTOR COMPANY
FEDERAL-MOGUL GLOBAL, INC.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2441 through §2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 8.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( X )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )

May 16, 2002
(Date)

_Edward T. Finch_
Attorney-at-law

Edward T. Finch, Esquire
Attorney For
DaimlerChrysler Corporation and Ford Motor Company

(Civ. 660)
12/91

JS44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose if initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Donald and Doris Hood, h/w

**DEFENDANTS**
SEE ATTACHED

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert J. O'Shea, Jr.
Kenney/O'Shea, L.P.
1818 Market Street, Suite 3520
Philadelphia, PA 19103
(215) 636-0990

ATTORNEYS (IF KNOWN)
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
Penn Mutual Tower
510 Walnut Street - Suite 1000
Philadelphia, PA 19106
(215) 627-0303

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ■ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Action for personal injury for asbestos exposure against Federal-Mogul Global, Inc., or companies it purchased and removing defendants, removed pursuant to 28 U.S.C. § 1452(a).

[Nature of Suit checklist — ■ 368 Asbestos Personal Injury Product Liability checked]

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ■ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $ Not Specified
Check YES only if demanded in complaint:
JURY DEMAND ☐ YES ■ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): [signature]   DOCKET NUMBER 01-CV-5981

DATE: May 16, 2002

SIGNATURE OF ATTORNEY OF RECORD: Edward T. Finch, Esquire

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Defendants (Names and Addresses):**

DaimlerChrysler Corporation
1000 Chrysler Driver
Auburn Hills, MI 48326-2766

Ford Motor Company
Parklane Towers West
Suite 1500
Three Parklane Boulevard
Dearborn, MI 48126-2568

Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

    Fel-Pro, Inc.,

    Ferodo America, Inc.,

    Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

    Moog Automotive Inc., formerly known as Wagner Electric Corporation,

    Pneumo Abex Corp., or

    T&N plc.

2655 Northwestern Highway
Southfield, MI 48034

KENNEY/O'SHEA, LLP
By:  Robert J. O'Shea, Jr.
Identification No. 30880
1818 Market Street, Suite 3520
Philadelphia, PA 19103
(215) 636-0990

Attorneys for Plaintiffs

ASSESSMENT OF DAMAGES HEARING
IS REQUIRED
NON-JURY

---

Donald and Doris Hood, h/w
182 Colonial Drive
Warminster, PA 18974

vs.

ALLIED CORPORATION
Columbia Road & Park Avenue
Morristown, NJ 07960   (058)
(CONT'D)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

MARCH TERM, 2002
NO. 003470

---

## CIVIL ACTION - COMPLAINT
(Personal Injury - 2090 Asbestos)
### NOTICE TO DEFEND

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas espuestas en las paginas siguientes, usted tiene veinte (20) disa de plazo el partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.

*Lleva esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagartal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede consequir asistencia legal.*

Asociacion de Licenciados
de Filadelfia
Servicio de Referencia e Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107

KENNEY/O'SHEA, LLP
BY: Robert J. O'Shea, Jr.
Identification No.: 30880
1818 Market Street, Suite 3529
Philadelphia, PA 19103
(215) 636-0990

THIS IS NOT AN
    ARBITRATION MATTER
NON-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

ATTORNEYS FOR PLAINTIFFS

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

Donald and Doris Hood, h/w
118 Colonial Drive
Warminster, PA 18974

ATTEST
MAR 2 2 2002
B. PLEASANT
PROTHY

vs.

ALLIED CORPORATION
Columbia Road & Park Avenue
Morristown, NJ 07960 (058)
(CONT'D)

MARCH 2002

003470

### SHORT FORM COMPLAINT

Plaintiff incorporates by reference Plaintiff's Master Long Form Complaint In Re: Asbestos Litigation in Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001. Pursuant to an Order dated July 30, 1986 and signed by the Honorable Richard B. Klein and the Honorable Edward J. Blake the following Short Form Complaint is utilized in this asbestos action.

Uniroyal, Inc.
70 Great Hill Road
Nangatuch, CT 06770   **(043)**

A.W. Chesterton, Inc. **(127)**
Route 93
Middlesex Industrial Park
Stoneham, MA  02180

Quigley Company **(319)**
c/o C.T. Corporation Systems
1515 Market Street, Suite 1210
Philadelphia, PA 19102

Pfizer Corporation **(102)**
235 East 42nd Street
New York, NY   10017

Owens-Illinois, Inc. **(032)**
One Seagate
P.O. Box 1035
Toledo, OH  43666

Hopeman Brothers, Inc. **(066)**
435 Essex Avenue
Waynesboro, VA  22980

Flintkote Company **(019)**
Three Embarcadero Center
Suite 1190
San Francisco, CA  94111-4047

Foster Wheeler Corporation
100 American Road
Morris Plains, NJ  07950 **(131)**

Pars Manufacturing Company
101 South Main Street
P.O. Box 149
Ambler, PA 19002  **(034)**

J.H. France Refractories
P.O. Box 276
Snow Shoe, PA 16874 **(227)**

Ray Oil Burner Company
c/o C.K. Denman
729 El Camino Real, No. 304
Burlingame, CA 94010   **(222)**

General Motors Corp.
3044 W. Grand Blvd.
Detroit, MI 48202  **(148)**

Hydrotherm, Inc.
101 Maryland Avenue
Dundalk, MD 21222   **(362)**

Keeler/Dorr-Oliver Boiler Co.
c/o Mark G. Lionetti, Esquire
1608 Walnut Street
16th Floor
Philadelphia, PA  19103  **(225)**

Cleaver Brooks,
Division of Aqua-Chem, Inc.
P.O. Box 421
Milwaukee, WI 53201   **(155)**

Carrier Corporation
Carrier Parkway
P.O. Box 4808
Syracuse, NY   13221  **(366)**

Westinghouse Airbrake Co.
One Centennial Avenue **(236)**
Box 6820
Piscataway, NJ  08850-6820

Crane Packing
6400 W. Oakton Street  **(060)**
Morton Grove, IL  60053

Borg-Warner Corporation
200 South Michigan Avenue
Chicago, IL  60604 **(55)**

Sepco Corporation  **(136)**
413 Commerce Pike Road
Cranberry Township, PA  16066

Rapid-American Corporation
c/o McCrory Corporation
1700 Broadway
Suite 1402
New York, NY   10019 **(4095)**

Williams & Davis Boilers, Inc.
P.O. Box 539
Hutchins, TX 75141  **(422)**

Rowland Company
c/o Mitchel S. Pinsley, Esq.
Margolis Edelstein & Kraemer
The Curtis Center, 4th Floor
601 Chestnut Street **(238)**
Philadelphia, PA 19106

New York Airbrake Company
Starbuck Avenue **(240)**
Watertown, NY 13601

Moog Automotive, Inc., as
successor to Wagner Electric Corp.
c/o C.T. Corporation **(082)**
C.T. Center
1209 Orange Street
Wilmington, DE 19801

Square D Company
1415 S. Roselle Road
Palatine, IL 60067

Chrysler Corporation
c/o C.T. Corporation Systems
1515 Market Street
Philadelphia, PA 19103 **(2266)**

McArdle-Desco Corporation
7 East Commons Boulevard
New Castle, DE 19720
Cutler-Hammer Companies
c/o Eaton Corporation
1111 Superior Avenue NE
Cleveland, OH 44144 **(397)**

Clark Controller Companies
c/o Christine O. Boyd, Esquire
Lavin, Coleman, O'Neil, Ricci, Finarelli
& Gray
Penn Mutual Tower, Suite 1000
510 Walnut Street **(396)**
Philadelphia, PA 19106

Shepard Niles
c/o Ampco-Pittsburgh Corp.
700 Porter Boulevard
Pittsburgh, PA 15219 **(2345)**

Ford Motor Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801 **(105)**

John Wood Company
c/o Douglas Love, Esquire
Vice President & General Counsel
Molson Company, Ltd.
40 King West
Toronto, CA M5H 3Z5

Georgia Pacific
c/o C.T. Corporation
1515 Market Street
Philadelphia, PA 19103 **(3234)**

Certain-Teed Corporation (090)
Swedesford & Old School Roads
Valley Forge, PA 19481

Dana Corporation (061)
4500 Dorr Street
Toledo, OH 43697

Nosroc Corporation (029)
c/o C.T. Corporation Systems
1515 Market Street
Philadelphia, PA 19103

Union Carbide Corporation
c/o C.T. Corporation Systems
1515 Market Street
Philadelphia, PA 19103

Benjamin Foster Company
c/o C.T. Services, Inc.
1633 Broadway
New York, NY 10019 **(341)**

H.B. Smith Company
47 Industrial Park Drive
Westfield, MA 01086 **(157)**

Weil McLain Company
Blaine Street
Michigan City, IN 46360

Congoleum Corporation **(0444)**
P.O. Box 3127
Trenton, NJ 08619

Plibrico Sales & Service **(454)**
1800 N. Kingsbury Street
Chicago, IL 60614

Synkoloid Company
5928 Garfield Avenue
Los Angles, CA 90040

A.O. Smith Corporation
11270 W. Park Place
Milwaukee, WI 53224

ALLIED CORPORATION
Columbia Road & Park Avenue
Morristown, NJ 07960  **(058)**

Duro Dyne Corp.
130 Rye 110
Farmingdale, NY 11735

Congoleum-Nairn, Inc.
1515 Market Street
Suite 1210
Philadelphia, PA 19102

Kentile Floors, Inc., f/k/a Kentile, Inc.
f/t/a David E. Kennedy, Inc.
c/o C.T. Corporation
1515 Market Street
Suite 1210
Philadelphia, PA 19102.

Flintkote Company
3 Embercadero Center, Suite 1190
San Francisco, CA 94111-4047

1. This Complaint involves the claims for the following persons:

(a) Plaintiff

   Name: Donald Harold Hood

   Address: 182 Colonial Drive
   Warminster, PA 18974

   Social Security Number: 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

   Date of Birth: 4-16-23

(b) Spouse: Doris L. Hood

2. The Defendants are those companies named in the caption, as well as Appendix A.

3. Plaintiff's asbestos employment history is as follows:

   Employer: Jaymar Floor Covering
   Years: 1946 – 1949
   Job Title: floor covering mechanic

   Employer: Al Fine Floor Covering
   Years: 1949 - 1960
   Job Title: floor covering mechanic

   Employer: Hatboro Floors and Walls
   Years: 1960- 1980
   Job Title: floor covering mechanic

   Employer: Chick Hood Floor Covering
   Years: 1980 - 1988
   Job Title: floor covering mechanic

4. Plaintiff was diagnosed on or about March 27, 2000, as suffering from asbestos-related pulmonary disease and asbestos-related pleural disease. Plaintiff suffers from pulmonary impairment and disability causally related to asbestos exposure and asbestos disease with symptoms, including but not limited to, shortness of breath.

5. A claim for lost wages is not asserted at this time.

KENNEY/O'SHEA, LLP

BY: *(signature)*
Robert J. O'Shea, Jr.
Attorneys for Plaintiffs

APPENDIX A

The plaintiffs incorporate by reference Plaintiff's Master Long Form Complaint in Re: Asbestos Litigation Philadelphia Court of Common Pleas, filed as of October Term, 1986, No. 8610-0001.

1. Defendant, Pars Manufacturing Company, is a Pennsylvania corporation with its principal place of business in Ambler, Pennsylvania.

2. Defendant, Cleaver Brooks, Division of Aqua-Chem, Inc. is a Pennsylvania corporation with its principal place of business in Milwaukee, Wisconsin.

3. 4. Defendant, Selas Corporation of America (Selas Furnaces), is a Pennsylvania corporation with its principal place of business in Dresher, Pennsylvania.

4. Defendant, Ray Oil Burner Company, is a corporation organized and existing under the laws of the State of Indiana with its principal place of business located at 1301 San Jose Avenue, San Francisco, California 94112. Said defendant does business within the Commonwealth of Pennsylvania.

5. Defendant Bickley Furnaces, Inc., is a Pennsylvania corporation with its principal place of business in Bensalem, Pennsylvania.

6. Defendant, Keeler/Dorr-Oliver Boiler Company is a Delaware corporation with its principal place of business located at 238 West Street, Williamsport, Pennsylvania 17701. Said defendant does business within the Commonwealth of Pennsylvania.

7. Rapid-American Corporation (f/k/a Glen Alden Corporation), is a corporation with its principal place of business in a state other than Pennsylvania. Rapid-American Corporation conducted extensive business in Pennsylvania itself and through its subsidiaries. Said corporation may be served with process at c/o McCrory Corporation, 1700 Broadway, Suite 1403, New York, NY 10019.

8. Congoleum-Nairn, Inc. is a New York corporation with a registered agent at C.T. Corporation, 1515 Market Street, Suite 1210, Philadelphia, PA 19102

9. Kentile Floors, Inc., f/k/a Kentile, Inc. and David E. Kennedy, Inc. is a New York corporation with a registered agent at C.T. Corporation, 1515 Market Street, Suite 1210, Philadelphia, PA 19102.

10. J.H. France Refractories is a Pennsylvania Corporation with its principal place of business in Snow Shoe, PA.

11. Flintkote Company is a California corporation with its principal place business 3 Embercadero Center, Suite 1190, San Francisco, CA 94111-4047

12. On information and belief, the below listed defendant companies, at all times material hereto, were authorized to do business in the Commonwealth of Pennsylvania:

CLAYTON MANUFACTURING CO
4213 N. Temple City Blvd.
El Monte, CA 91734

HYDROTHERM, INC.
101 Maryland Avenue
Dundalk, MD 21222

TACO, INC.
1160 Cranston Drive
Cranston, RI 02920

AMTROL, INC.
1400 Division Road
West Warwick, RI 02893

A.O. SMITH CORPORATION
11270 West Park Place
Milwaukee, WI 53224

NASH ENGINEERING COMPANY
9 Trefoil Drive
Trumbull, CT 06611

CARRIER CORPORATION
Carrier Parkway, PO Box 4808
Syracuse, NY 13221

DUNHAM - BUSH, INC.
101 Burgess Road
Harrisonberg, VA 22801

CYCLOTHERM
787 Pearl Street
Watertown, NY 13601

ATLAS IND. MANU. CO.
81 Somerset Place
Clifton, NJ 07012

BRYAN STEAM
P.O. Box 27
19 N. State Road
Peru, IN 46970

ELECTRO STEAM GENERATOR CORP.
1000 Bernard Street
Alexandria, VA 22314

MARKET FORGE CO.
Subsidiary of Beatrice Foods, Inc.
35 Garby Street
Everett, MA 02149

RECO IND., INC.
710 Hospital Street
Richmond, VA 23219

SQUARE D COMPANY
1415 S. Roselle Road
Palatine, IL 60067

YULA CORP.
332 Bryant Avenue
New York, NY 10474

CUTLER-HAMMER COMPANIES
c/o Eaton Corporation
1111 Superior Avenue NE
Cleveland, OH 44144


WILLIAMS AND DAVIS BOILERS
P.O. Box 539
Hutchins, TX 75141

## VERIFICATION

The undersigned hereby verifies that the facts contained in the foregoing document are true and correct to the best of my knowledge, information, and/or belief. I understand that the statements contained in this document are made subject to the penalties of 18 Pa. C.S. section 4904 relating to unsworn falsification to authorities.

Date: 2-3-02                    By: _Donald Hovel_ (signature)